# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAURA VERA )<br>    Plaintiff, )<br> )<br>v. )<br>FRANK M. ZUCCARELLI, individually, )<br>SOUTH SUBURBAN COLLEGE, also )<br>known as Community College District 510, )<br>a unit of local Government, GEORGE )<br>DAMMER, individually, and THORNTON )<br>TOWNSHIP DEMOCRATIC )<br>ORGANIZATION, )<br>                           )<br>    Defendants. | Case No. 10 C 7001<br><br>Judge LINDBERG<br><br>Magistrate Judge KEYS |

## AGREED FINAL ORDER OF DISMISSAL

This matter coming before the Court for a report on status and the Court being advised that the parties have amicably resolved all disputes pending among them pursuant to a settlement agreement and release to be ratified by the Community College District 510 Board of Trustees.

IT IS HEREBY ORDERED that this cause is dismissed with prejudice as to all parties pursuant to Fed.R.Civ.P. 41 and subject to the parties' settlement agreement, parties to bear their own costs.

                                              ENTERED:

                                              Dated: June 28, 2011

                                              _____
                                              District Judge George W. Lindberg